# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CRAIN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF ATWATER, ATWATER POLICE DEPARTMENT, FRANK PIETRO, DAVID WALKER and JOSE TORRES,<br><br>          Defendants. | Case No.  1:15-cv-0591---BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>Date:         August 20, 2015<br>Time:         9:30AM<br>Courtroom:  Department 8<br>Judge:        Hon. Barbara A. McAuliffe<br><br>STATUS REPORT DUE: August 13, 2015 |

Before the Court is Plaintiff's Counsel's response to the Court's July 23, 2015, Order to Show Cause.  (Doc. 10).  Counsel Michael Warda attests that he inadvertently failed to appear for the Court's status conference because he mistakenly mis-calendered the status conference date and was unable to remedy the error while he was in Alaska without access to cell phone service. (Doc. 10).

The Court accepts Mr. Warda's explanation and representations, but admonishes his lack of attentiveness.  Any further occurrence will be closely reviewed.

Accordingly, it is HEREBY ORDERED that:

1. The July 23, 2015, ORDER TO SHOW CAUSE (Doc. 9) is DISCHARGED;

1

2. On or before **August 13, 2015**, Plaintiff SHALL file a Status Report indicating whether all defendants have been properly served in this dispute;

3. The Court SETS a Telephonic Status Conference/Initial scheduling conference for **August 20, 2015, at 9:30 a.m**. At the conference, the Court will discuss the procedures in light of the Sacramento designation and will address consent to Magistrate Judge jurisdiction. The parties may appear telephonically at the conference by arranging a one-line conference prior to calling chambers at 559-499-5789.

IT IS SO ORDERED.

Dated:   **August 5, 2015**                              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE