UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CRAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ATWATER, ATWATER POLICE DEPARTMENT, FRANK PIETRO, DAVID WALKER, and JOSE TORRES,<br><br>    Defendants. | No.  1:15-cv-00591-DAD-BAM<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE |

On December 13, 2016, defendants filed a notice of motion and motion for summary judgment in this action, noticing the motion for hearing on January 17, 2017.  (Doc. No. 33.)  The opposing party to such a motion must file either an opposition or a statement of non-opposition to the motion no less than fourteen (14) days prior to the noticed hearing date.  *See* Local Rule 230(c).  Plaintiff has filed neither.

Therefore, plaintiff's counsel is ordered to show cause in writing by **January 17, 2017,** as to why sanctions should not be imposed due to his failure to file either an opposition or a statement of non-opposition to the pending motion for summary judgment.  *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991) (holding it is within the inherent authority of the courts to control their docket and require compliance with their orders).  A hearing on this order to show cause regarding sanctions will be held on **January 19, 2017 at 9:30 a.m. in Courtroom Five,**

1

1 **Robert E. Coyle Federal Building, 2500 Tulare St., Fresno, California before** the undersigned. Counsel for the defendants, in particular, are encouraged to appear telephonically at the hearing on the order to show cause.

At this time, the hearing on defendants' pending motion for summary judgment set for January 17, 2017 is vacated. Following the January 19, 2017 hearing on the order to show cause, the court will reset the hearing on defendants' motion for summary judgment if appropriate. *See* Local Rule 230(g).

IT IS SO ORDERED.

Dated: **January 10, 2017**       /s/ Dale A. Drozd
                                  UNITED STATES DISTRICT JUDGE